[No. 25968-7-I. Division One. June 24, 1991.]

GARY M. MERLINO, ET AL, *Appellants,* v. SEATTLE–
KING COUNTY DEPARTMENT OF PUBLIC
HEALTH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-17596-7, Liem E. Tuai, J., entered April

9, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield and Pekelis, JJ.